# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STEVEN ESTER**                                                                                    **PLAINTIFF**

**v.**                        **No. 4:14–CV–537-SWW–BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Ester's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 15th day of September 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE