IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN ESTER                                                                                          PLAINTIFF

v.                                         No. 4:14–CV–537-SWW–BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                DEFENDANT

## JUDGMENT

In accordance with the Order entered this day, Plaintiff Steven Ester's appeal is dismissed, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

IT IS SO ORDERED this 15th day of September 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE